# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| EUGENE TATE HILL, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:13-cv-00167-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE OF NORTH CAROLINA, | ) | |
| KIERAN J. SHANAHAN, Sec. | ) | |
| N.C. Dept. of Public Safety, | ) | |
| | ) | |
| Respondents. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 5, 2014 Order.

February 5, 2014

Frank G. Johns, Clerk
United States District Court